

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-21-00417-CR

Geovanni Jesus **ALVAREZ-RODRIGUEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7830
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The appellant's brief was due on March 7, 2022. Appellant has filed a joint "Motion for Extension of Time to File Appellant's Brief" and "Motion to Order Supplementation of the Record." Appellant states the record in this appeal does not contain the juvenile court proceedings in Cause No. 20-001-JV which are necessary to disposition of this appeal and requests supplementation of the appellate record. We GRANT appellant's motion to supplement the record and for an extension of time to file the appellant's brief.

Accordingly, it is ORDERED that (1) the trial court clerk shall prepare and file a supplemental clerk's record containing all documents filed in Cause No. 20-001-JV, and (2) the court reporter shall prepare and file a supplemental reporter's record of all proceedings held in Cause No. 20-001-JV in this court *within twenty (20) days* from the date of this order.

Appellant's brief is due *forty-five (45) days* from the date of this order.

The clerk of this court is instructed to send a copy of this order to the court reporter, the trial court clerk, the parties, and the trial court.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

MICHAEL A. CRUZ, Clerk of Court